DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD GUNNAR JOHANSSON,**
Appellant,

v.

**JACQUELYN L. JOHANSSON** n/k/a **JACQUELYN PUTT,**
Appellee.

No. 4D19-488

[October 31, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 50-2008-DR-013445-XXXX-MB.

Harold Gunnar Johansson, Boynton Beach, pro se.

Jacquelyn Putt, Palm City, pro se.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***